AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELEANOR M. GLASS

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01077
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/15/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

ELEANOR M. GLASS
600 GOLONDRINA
ROSWELL, NM 88201

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUN 15 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6-27-07 |
| NAME OF SERVER (PRINT) Shirley Taylor | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): The US Government was served by sending a copy of the attached Summons and a copy of the complaint by Priority mail delivery confirmation requested. The date of service is evidenced by the US Postal Service confirmation of delivery June 27 2007 Delivery receipt number 0307 0020 0005 4260 7805

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Cost of mailing $5.25 | TOTAL $5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06-29-07    *Shirley Taylor*
                         Signature of Server

                         1404 S. Lea
                         Roswell, NM 88203
                         Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm                          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **0307 0020 0005 4260 7105**
Status: **Delivered**

Your item was delivered at 4:43 AM on June 27, 2007 in WASHINGTON, DC 20530.

Track & Confirm
Enter Label/Receipt Number.

*Additional Details >*   *Return to USPS.com Home >*

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

---

POSTAL INSPECTORS          site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELEANOR M. GLASS

V.

UNITED STATES GOVERNMENT

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01077
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/15/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

**U.S. ATTORNEY**
**501 3RD. ST. N.W.**
**WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

ELEANOR M. GLASS
600 GOLONDRINA
ROSWELL, NM 88201

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**        JUN 15 2007
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 25, 2007 |
| NAME OF SERVER (PRINT) Shirley M Taylor | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): The US Government was served by sending a copy of the attached summons and a copy of the complaint by Priority mail delivery confirmation requested. The date of service is evidenced by the US Postal Service confirmation of delivery June 25, 2007. Reciept number 0307 0020 0005 4260 7174

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.25 | TOTAL $5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 29, 2007

Signature of Server: Shirley M Taylor

Address of Server: 1404 S. Lea ave Roswell, NM 88203

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **0307 0020 0005 4260 7174**
Status: **Delivered**

Your item was delivered at 10:00 AM on June 25, 2007 in WASHINGTON, DC 20001.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0307 0020 0005 4260 7174

US Attorney
501 3rd NW
20001

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

JUL - 2 2007