IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
|     Plaintiff, | ) No. 1:07-cv-01077 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the United States in the above-captioned proceeding.

DATED: August 31, 2007.

                                                                                       Respectfully submitted,

                                                                                       /s/ Beatriz T. Saiz
                                                                                       BEATRIZ T. SAIZ
                                                                                       Trial Attorney, Tax Division
                                                                                       U.S. Department of Justice
                                                                                       P.O. Box 227
                                                                                       Ben Franklin Station
                                                                                       Washington, DC 20044
                                                                                       Phone/Fax: (202) 307-6585/514-6866
                                                                                       Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on August 31, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Eleanor M. Glass
        600 Golondrina Drive
        Roswell, NM 88201

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ