UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-01077 (ESH) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Plaintiff filed his complaint in this action on June 15, 2007. On August 31, 2007, defendant filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro* se in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss the complaint [Dkt. # 4] no later than October 1, 2007. If plaintiff fails to respond by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint. No continuances will be granted.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 31, 2007